IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01847-GPG

AZFAR JADOON ANWAR,

    Plaintiff,

v.

SAMUEL AZIM ANWAR,
HONORABLE FREDERICK MICHAEL GOODBEE,
ADAMS COUNTY COURT, and
ADEEL IFROON ANWAR,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff Azfar J. Anwar currently resides in Denver, Colorado. Plaintiff initiated this action by filing *pro se* a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs. Magistrate Gordon P. Gallagher granted the Application on August 26, 2015. Magistrate Judge Gallagher then reviewed the merits of the Complaint and found that the Complaint failed to comply with Fed. R. Civ. P. 8. Plaintiff was directed to amend the Complaint, state proper jurisdiction, and assert how each named defendant participated in violating his legal rights. Magistrate Judge Gallagher warned Plaintiff, in the August 27, 2015 Order to Amend, that if he failed to comply with the Order to Amend within the time allowed the Court would dismiss the action without further notice.

    On August 31, 2015, Plaintiff filed several documents, but none of the filings are responsive to the August 27 Order to Amend. Plaintiff now has failed to comply with the

1

Order to Amend within the time allowed.

The Court finds Magistrate Judge Gallagher correctly determined that Plaintiff failed to comply with Rule 8 and required him to amend the Complaint. The Court, therefore, will dismiss the action for failure to comply with a Court order and to prosecute.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma paupers* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pampers* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to file an Amended Complaint and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pampers* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __29th__ day of __September__, 2015.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court